## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA

IN RE:       REFERRAL OF CIVIL AND CRIMINAL      Misc. No.: <u>4:95mc40111</u>

CASES TO MAGISTRATE JUDGE
GARY R. JONES

_____

### ADMINISTRATIVE ORDER

     Gary R. Jones was appointed as a United State Magistrate Judge in the Northern District of Florida, Gainesville Division, effective September 13, 2010.  With this appointment, the court's administrative order entered on March 10, 2010, document #121, is hereby rescinded and the Clerk is directed to reassign to Magistrate Judge Gary R. Jones  all pending cases assigned to Magistrate Judge Allan Kornblum.

     The Court's order Re: Referral of Civil and Criminal Cases to Magistrate Judges, dated September 30, 2008, document #112, will remain in effect with Magistrate Judge Jones' name replacing Magistrate Judge Kornblum in the case assignment decks.

     SO ORDERED this <u>10th</u> day of September, 2010.


Stephan P. Mickle
Chief United States District Judge